People v Burns (2025 NY Slip Op 51409(U))

[*1]

People v Burns (Nacrius)

2025 NY Slip Op 51409(U)

Decided on September 11, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 11, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Brigantti, J.P., Tisch, James, JJ.

570039/20

The People of the State of New York, Respondent, 
against
Nacrius Burns, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Leslie A. Stroth, J.), rendered December 6, 2019, convicting him, upon his plea of guilty, of petit larceny, and imposing sentence.

Per Curiam.
Judgment of conviction (Leslie A. Stroth, J.), rendered December 6, 2019, modified, as a matter of discretion in the interest of justice, to the extent of vacating the mandatory surcharge and fees, and otherwise affirmed. 
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see CPL 420.35 [2—a] [c]; People v Chirinos, 190 AD3d 434, 435 [2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 11, 2025